TAYLOR, Appellant, v. CITIZENS' ICE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by William P. Taylor as receiver, etc., against the Citizens' Ice Company. No opinion. Judgment affirmed, with costs.

TAYLOR v. SYME. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by M. Temple Taylor against Frederick J. Syme. No opinion. Motion denied, on payment of $10 costs.

TAYLOR v. SYME. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Action by M. Temple Taylor against Frederick J. Syme, impleaded. No opinion. Motion denied.

TAYLOR v. TAYLOR. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by Catherine Taylor against Washington H. Taylor. No opinion. Motion dismissed, with $10 costs.

In re TODD. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) In the matter of the judicial settlement of the account of John A. Todd, sole surviving executor and trustee under the last will and testament of Henry L. Douglass, deceased. No opinion. Motion to dismiss appeal denied, with $10 costs.

TOWNSEND v. BELL et al. (Supreme Court, Appellate Division, Third Department. May 14, 1901.) Action by William H. Townsend against Winslow M. Bell and another. No opinion. Order amended, so as to show that the same was reversed upon the grounds stated in the opinion of Justice PUTNAM. 59 N. Y. Supp. 203. This order to be settled by PARKER, P. J.

TRUSLOW et al., Respondents, v. HUBBARD, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Gilbert P. Truslow and another, as executors, etc., of Phebe P. Birch, deceased, against Mary C. Hubbard. No opinion. Judgment affirmed, with costs.

VAN CLIEF, Respondent, v. JENKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by William S. Van Clief against Elizabeth R. Jenkins and others. No opinion. Judgment affirmed, with costs.

VILLAGE OF CHAMPLAIN, Appellant, v. McCREA et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 14, 1901.) Action by the village of Champlain against Matilda McCrea and the First National Bank of Champlain. No opinion. Order affirmed, with $10 costs and disbursements.

VOGEL, Respondent, v. BANKS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Herman Vogel against A. Bleecker Banks and others. No opinion. Motion for leave to appeal to the court of appeals denied.

VON HAGEN, Respondent, v. WATERBURY MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Philipp Von Hagen against the Waterbury Manufacturing Company. No opinion. Judgment and order affirmed, with costs. See 49 N. Y. Supp. 465.

VOUGHT, Appellant, v. EASTERN BUILDING & LOAN ASS'N OF SYRACUSE, N. Y., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Nellie A. G. Vought against the Eastern Building & Loan Association of Syracuse, N. Y. No opinion. Judgment and order affirmed, with costs.

WAGNER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Louise Wagner against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. I. M. Birnbaum, for respondent. No opinion. Judgment and order affirmed, with costs.

In re WALSH. (Supreme Court, Appellate Division, First Department. June 7, 1901.) John Walsh made application for the appointment of a referee under Laws 1899, c. 700, to audit his claim for legal expenses against the city of New York. From an order denying the application, applicant appeals. Affirmed. Louis J. Grant, for appellant. John Whalen, for respondent.

PER CURIAM. This order must be affirmed, on the authority of Chapman v. City of New York, 57 App. Div. 583, 68 N. Y. Supp. 1135. See, also, In re Straus, 44 App. Div. 425, 61 N. Y. Supp. 37, and In re Jensen, 44 App Div. 509, 60 N. Y. Supp. 933. Order affirmed, with $10 costs and disbursements.

WANSER, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by George Wanser against Jose Berre King and another. No opinion. Judgment and order unanimously affirmed, with costs.

WANSER, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by George Wanser against Jose Berre King and George R. King. No opinion. Motion for reargument denied. Motion to resettle order granted, and order resettled by inserting the words "on law and facts."

WARREN, Appellant, v. CITY OF JOHNSTOWN, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by Joshua J. Warren against the city of Johnstown. No opinion. Judgment unanimously affirmed, with costs.

WEBER, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appel-